# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.                          CASE NO.   23-20016-DDC-ADM

**JEFFREY PENDLETON,**

        Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF PRISON CONTRABAND**
**[18 U.S.C. § 1791]**

On or about July 7, 2022, in the District of Kansas, the defendant,

**JEFFREY PENDLETON,**

an inmate of the United States Penitentiary in Leavenworth, Kansas, knowingly possessed a prohibited object, specifically, methamphetamine.

In violation of Title 18, United States Code, Section 1791(a)(1) & (b)(1).

1

# COUNT 2

### POSSESSION OF PRISON CONTRABAND
### [18 U.S.C. § 1791]

On or about July 7, 2022, in the District of Kansas, the defendant,

**JEFFREY PENDLETON,**

an inmate of the United States Penitentiary in Leavenworth, Kansas, knowingly possessed a prohibited object, specifically, a cellular telephone.

In violation of Title 18, United States Code, Section 1791(a)(1) & (b)(4).

A TRUE BILL.

April 5, 2023                                       s/Foreperson
DATE                                                FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Michelle McFarlane
MICHELLE MCFARLANE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: michelle.mcfarlane@usdoj.gov
Ks. S. Ct. No. 26824

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# PENALTIES

### Count 1 : 18 U.S.C. § 1791(b)(1) -- Possession of Prison Contraband

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 1791(b)(1).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

### Count 2 : 18 U.S.C. § 1791(b)(4) -- Possession of Prison Contraband

- Punishable by a term of imprisonment of not more than one (1) year. 18 U.S.C. § 1791(b)(4).

- A term of supervised release of not more than one (1) year. 18 U.S.C. § 3583(b)(3).

- A fine not to exceed $100,000. 18 U.S.C. § 3571(b)(5).

- A mandatory special assessment of $25.00. 18 U.S.C. § 3013(a)(1)(A)(iii).